IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



QUANDRELL WILLIAMS,

    Petitioner,

v.                                                      Civil Action No. **3:15CV343**

UNKNOWN,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on June 24, 2015, the Court conditionally docketed Petitioner's action. On July 1, 2015, the United States Postal Service returned the June 24, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER," because Petitioner apparently relocated. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Court will DENY a certificate of appealability.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/ MHL  
Date: **SEP 17 2015**                              M. Hannah Lauck  
Richmond, Virginia                         United States District Judge